# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JAVAR GETER,

    Plaintiff

v.

DAUPHIN COUNTY PRISON
AUTHORITIES, *et al.*,

    Defendants

CIVIL NO. 3:18-CV-1579

(Judge Caputo)

## ORDER

**THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:**

On February 11, 2019, the Court granted in part, and denied in part, the Defendants' motion to dismiss. Mr. Geter was also granted leave to file an amended complaint with respect to his Eighth Amendment excessive force and denial of adequate meals claims. *See* ECF No. 12. Presently before the Court is Mr. Geter's three-page "Leave to File Amended Complaint." (ECF No. 13.) However, it is the caption of this *pro se* Plaintiff's document which gives the Court pause. Therefore, Plaintiff will be required to clarify whether he intended his recent filing to be lodged as the amended complaint in this matter.

**THEREFORE**, this __4th__ day of **MARCH 2019**, it is **ORDERED** that:

1. The Clerk of Court shall provide Mr. Geter with a copy of ECF No. 13.

2. Within ten (10) days of the date of this Order, Mr. Geter shall notify the Court if his recent filing is his amended complaint.

/s/ A. Richard Caputo
**A. RICHARD CAPUTO**
**United States District Judge**